# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN BARRIE

NO. 2021 KW 1131

**DECEMBER 20, 2021**

---

In Re: Kevin Barrie, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 296360.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> PMc
> JEW
> MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT